AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Wanda Kay COOPER | ) | |
| | ) | 14mj1722 |
| *Defendant(s)* | ) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 21 2014
MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __5/20/2014__ in the county of __Bernalillo__ in the __Federal__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(B) | Possession of over 50 grams of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

**** SEE ATTACHED AFFIDAVIT ****

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jarrell W. Perry, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/21/2014__

City and state: __Albuquerque, New Mexico__

_____
*Judge's signature*

**KAREN B. MOLZEN**
**U.S. MAGISTRATE JUDGE**

# AFFIDAVIT

On May 20, 2014, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry was at the Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Greyhound Bus which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry boarded the bus and approached a female, later identified as Wanda Kay COOPER, who was seated in her respective seat on the Greyhound Bus. S/A Perry displayed his DEA badge to COOPER, identified himself as a police officer to COOPER, asked for and received permission to speak with COOPER. After a short conversation, S/A Perry asked COOPER if S/A Perry could see her bus ticket and COOPER handed S/A Perry a Greyhound Bus ticket in the name of Joe WHEELER. S/A Perry reviewed the bus ticket and immediately returned it to COOPER. S/A Perry asked for and received permission from COOPER to see her identification. COOPER handed S/A Perry a California identification card in the name of Wanda Kay COOPER. S/A Perry observed that COOPER was traveling under the false name of Joe WHEELER.

S/A Perry asked COOPER for permission to search her person for contraband and COOPER denied permission to S/A Perry. S/A Perry observed that COOPER was wearing a gray colored T-shirt that was untucked and S/A Perry observed a large bundle bulging from the waist area of COOPER. S/A Perry inquired about the bundle and COOPER placed a blue colored blanket over the bundle. S/A Perry immediately knew from his training and experience that the bundle was consistent with other bundles that S/A Perry had observed to passengers bodies that were traveling on the Greyhound Bus with illegal narcotics concealed to their bodies.

S/A Perry subsequently handcuffed COOPER and lifted up only the bottom portion of COOPER's shirt, which revealed a large bundle concealed inside of COOPER's waist. S/A Perry knew from his experience that the bundle and concealment method were consistent with illegal narcotics.

COOPER was transported to the DEA Albuquerque District Office (ADO). At the DEA ADO, DEA S/A Julie Olmstead removed one clear heat-sealed plastic bundle from COOPER's waist area, which contained a clear crystal like substance. S/A Perry weighed the bundle, approximately .45 gross kilograms. S/A Perry field-tested the clear crystal like substance, which revealed a positive reaction for the presence of methamphetamine.

At the DEA ADO, DEA Task Force Officer (TFO) Walsh read COOPER her Miranda rights, per DEA 13a, which was witnessed by DEA TFO Rudy Mora. COOPER said that she understood his Miranda rights and was willing to answer questions. COOPER said that she knew that she was transporting methamphetamine concealed to her waist and that she was to be paid $1,500.00 for transporting it to Minnesota.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge