IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | Case No. 14-CR-2029-MV |
| vs.      ) | |
| ) | |
| WANDA COOPER,      ) | |
| ) | |
| Defendant.      ) | |

**UNITED STATES' MOTION TO DISMISS INDICTMENT**

The United States of America, pursuant to Federal Rule of Criminal Procedure 48(a) files this motion to dismiss the indictment in this cause filed against the above-named Defendant, **WANDA COOPER**, based on the Court's recent decision to suppress the physical evidence and statements in this case.

**WHEREFORE**, the United States respectfully requests that this Court enter an Order dismissing the indictment in this cause without prejudice.  The filing of this document in CM/ECF caused a copy to be served electronically on Brian Pori, Esq., counsel for Defendant.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed May 7, 2015*
PAUL MYSLIWIEC
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274