IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cr. No. 14-2029-MV ) ) |
| WANDA COOPER, | ) ) |
| Defendant. | |

## ORDER DISMISSING CRIMINAL INDICTMENT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written motion of the United States to dismiss the criminal indictment, and the Court being fully advised in the premises, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the criminal indictment in this cause be and hereby is dismissed without prejudice as to WANDA COOPER.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE